In the Matter of the Application of MIRDAN REALTY Co., INC., Appellant, for an Order of Certiorari against HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents, and ARTHUR E. WAKEMAN and Others, Intervening Respondents.— Order dismissing certiorari order unanimously affirmed, with ten dollars costs and disburse-

ments to the respondents The Board of Standards and Appeals. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.